```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
Alexander Francisco Bueno, individually and on behalf of               :
others similarly situated,                                             :
                                                                       :
                                    Plaintiff,                         :    22 Civ. 1652 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
City Girl Fashion Inc., et al.,                                        :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     Plaintiff Alexander Francisco Bueno filed the Complaint in this action on February 28, 2022. Dkt. 1. Defendants were served with the Complaint on March 16, 2022, making their answer due by April 6, 2022. Dkts. 12-15. Defendants appeared in this case on March 22, 2022. Dkt. 16. And this case was referred for mediation on March 25, 2022. Dkt. 17. But to date, none of the Defendants have answered or otherwise responded to the Complaint. By April 27, 2022, Defendants must answer or otherwise respond to the Complaint.

     SO ORDERED.

Dated: April 20, 2022  
       New York, New York

                                        JOHN P. CRONAN  
                                      United States District Judge