UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :

ALEXANDER FRANCISCO BUENO, *individually and* :
*on behalf of others similarly situated*,              :

                                     :

                        Plaintiff,        :           22 Civ. 1652 (JPC)

                                     :

          -v-                          :           <u>ORDER</u>

                                     :

CITY GIRL FASHION INC., *et al.*,        :

                                     :

                     Defendants.     :

                                     :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On July 27, 2022, the Court ordered the parties by August 8, 2022 to "file a joint status letter and proposed case management plan and scheduling order." Dkt. 21. Given that the parties have not filed the required joint status letter or proposed case management plan and scheduling order, the Court adjourns the Initial Pretrial Conference scheduled for August 15, 2022 until August 23, 2022, at 9:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. By August 16, 2022, the parties shall file a joint status letter and proposed case management plan and scheduling order, as outlined in the Courts July 27, 2022 Order.

        SO ORDERED.

Dated: August 11, 2022
      New York, New York                         JOHN P. CRONAN
                                          United States District Judge