UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FRANCISCO BUENO, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY GIRL FASHION INC. D/B/A LINENS R US, et al., <br><br> Defendants. | Case No. 1:22-cv-01652 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 7, 2022, filed in response to the Court's September 23, 2022 Reassignment Order. ECF No. 29. The Civil Case Discovery Plan and Scheduling Order, entered on August 23, 2022, remains in effect. ECF No. 27. Additionally, IT IS HEREBY ORDERED that the parties shall appear for a post-discovery pretrial conference on **February 21, 2023**, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties are reminded that any motions shall be filed in accordance with the Court's Individual Rules.

Dated: October 11, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge