UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER FRANCISCO BUENO et al.,                :

                                                  :        ORDER OF DISCONTINUANCE
                   Plaintiffs,                 22 Civ. 1652 (GWG)
                                                  :

   -v.-
                                                  :

CITY GIRL FASHION INC. et al.,
                                                  :

                   Defendants.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       This case contains claims under the Fair Labor Standards Act. On March 21, 2023, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated April 6, 2023 (Docket # 39), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

       Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: April 7, 2023
       New York, New York

                                                         _____
                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge